# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED JANUARY 23, 2018

### NO. 03-17-00762-CV

**Floor and Design, LLC, Appellant**

**v.**

**La Frontera Village, L.P., Appellee**

**APPEAL FROM THE 26TH DISTRICT COURT OF WILLIAMSON COUNTY**
**BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND**
**DISMISSED ON APPELLANT'S MOTION—OPINION BY JUSTICE PEMBERTON**

This is an appeal from the judgment rendered by the district court on August 18, 2017. Floor and Design, LLC, have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Floor and Design, LLC, shall pay all costs relating to this appeal, both in this Court and in the court below.